In the Matter of the Application of EUGENE R. POMMER, Respondent, for a Peremptory Writ of Mandamus against HENRY S. THOMPSON, as Commissioner of Water Supply, Gas and Electricity of the City of New York, Appellant.

*Matter of Pommer* v. *Thompson*, 153 App. Div. 898, affirmed.
(Argued January 6, 1913; decided January 21, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 15, 1912, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendant to permit an inspection of the records of his office.

*Archibald R. Watson, Corporation Counsel (Clarence L. Barber* and *Terence Farley* of counsel), for appellant.

*J. Brownson Ker* and *Edward S. Brownson, Jr.,* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and HOGAN, JJ. Absent: WILLARD BARTLETT, J.